IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES GLENN WILDER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 118-157 |
| | ) | |
| GREGORY C. DOZIER, Commissioner, | ) | |
| Georgia Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

On December 14, 2018, Petitioner filed a response to the Court's December 7, 2018 Order instructing him to file a response to Respondent's motion to dismiss, which was filed on November 19, 2018. (Doc. nos. 11, 13-14.) Petitioner informed the Court he has not received Respondent's motion to dismiss, is unable to adequately respond, and requests an appropriate amount of time to respond to Respondent's motion. (Doc. no. 14.)

Thus, in an abundance of caution, the Court **DIRECTS** counsel for Respondent to re-serve Respondent's motion to dismiss, (doc. no. 11), on Petitioner at Wheeler Correctional Facility in Alamo, Georgia by December 21, 2018, and file a certification for the record when Respondent has done so. Plaintiff shall have twenty-one days from the date of service to respond to Respondent's motion to dismiss.

SO ORDERED this 17th day of December, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA