# United States District Court
## Southern District of Georgia

JAMES GLENN WILDER,

        Petitioner,

        v.

TIMOTHY C. WARD, Commissioner, Georgia Department of Corrections,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 118-157

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 14, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Petitioner's Petition, brought pursuant to 28 U.S.C. § 2254, is DENIED and Judgment is hereby entered in favor of Respondent. Additionally, Petitioner is denied a Certificate of Appealability and is not entitled to appeal in forma pauperis. This case stands closed.



04/14/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk